MONICA SELLINGER BROWN, Respondent, v. THE STATE OF NEW YORK, Appel-

lant. (Claim No. 15923.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MARY MICHEL, as Administratrix, etc., of CHARLOTTE MICHEL, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15924.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MADELINE MICHEL, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15925.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.